IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANNA L. PITRE, PRO SE
PLAINTIFF 5801 Lumberdale Rd.
# 104
Houston, Texas 77092

VS.

UNITED STATES DEPARTMENT OF EDUCATION, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, RICHMOND STATE SCHOOL, AL BURRERA, JANE PURCELL, CHARLES DUNN, HAROLD GOTTLIEB AND ABBIE GOTTLIEB ET AL.
DEFENDANT(S)

CIVIL ACTION NUMBER:

Case: 1:08-cv-00378
Assigned To : Unassigned
Assign. Date : 2/29/2008
Description: Employ. Discrim.

JURY ACTION

**CLASS ACTION COMPLAINT BASED UPON RACIAL DISCRIMINATION IN EMPLOYMENT AND AGE DISCRIMINATION.**

**A. JURISDICTION**

This Civil Action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 USC sections 2000e (5). Equitable and other relief are also sought under 42 USC sections 2000(5) (g). Jurisdiction is also based 28 USC section 1331, 1343 and 42 USC section 1981 et seq. also age exists and is conferred by 29 USC section 626@(1) and 626(e) and appropriate relief is also sought.

**B. PARTIES**

1. Plaintiff, Anna L. Pitre
   5801 Lumberdale Road #104
   Houston, Texas 77092-1517

2. Name of First Defendant
   U.S. Equal Employment Opportunity Commission
   1801 L Street, N.W.
   Washington, D.C. 20507

3. Secretary, of Education, Margaret Spellings
   U.S. Department of Education
   400 Maryland Avenue, SW
   Washington, D.C. 20202

RECEIVED
FEB 13 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

4. Name of Second Defendant
Richmond State School
2100 Preston Street
Richmond, Texas 77469

5. Name of Third Defendant
Al Burrera
2100 Preston Street
Richmond, Texas 77469

6. Name of Fourth Defendant
Jane Purcell
2100 Preston Street
Richmond, Texas 77469

7. Name of Fifth Defendant
Harold Gottlieb
2100 Preston Street
Richmond, Texas 77096

8. Name of Sixth Defendant
Abbie Gottlieb
2100 Preston Street
Richmond, Texas 77096

9. Charles Dunn
2100 Preston Street
Richmond, Texas 77096

10. State of Texas
P.O. Box 12428,
Austin, Texas 78711,

## C. NATURE OF CASE

11. The at which I sought employment or was employed by the defendant is:

Richmond State School

2100 Preston Road
Richmond, Texas  77469

8.  The discriminatory acts occurred on or about _____ other acts have   occurred from _____ to_____ on a continuous and sustaining basis.

10. I have filed charges with EEOC and the United States Department of Education in Dallas, Texas against the defendant's discriminatory conduct.

11. The discriminatory acts that are the basis of this class action are:

   a. Suspension of employment
   b. General Harassment
   c. Racial and discriminatory overtones
   d. Denial of promotions
   e. Forced to be removed to other jobs due to retaliation for complaining

12. Defendants conduct is discriminatory with respect to our class and is based upon race and age as discriminatory actions and unjust harassment based upon the defendants disparate actions.

13. Plaintiff contents believe that the defendant is still committing these disparate acts of discrimination against her.

### 12. CAUSE OF ACTION

14. The actions of the defendant have been racial and discriminatory due to the harassment, discrimination and disparate activities which have made life unbearable for the Plaintiff.
15. Plaintiff have sufferable significant harm on the job because of the defendants discriminatory and harassment activities due to racial overtones and age bias. This activity on the part of the defendant has made the workplace a hostile environment.
16. Defendants EEOC and The US. Department of Education have been derelict in properly investigation discrimination complaints.

### E. DAMAGES

14. Plaintiff has suffered significant damages and injuries on the part of the Defendants disparate actions such as:

   a. Life earning capacity diminished
   b. Significant lost earnings and wages.
   c. Tremendous physical pain and mental anguish
   d. Forced to work in a hostile environment which has caused them great stress.

15. For the above mentioned reasons, Plaintiff ask for judgment against the defendant:

   a. actual damages of $3,000,000 per defendant
   b. prejudgment and post judgment +interest in the amount of $54,000,000
   c. costs of suit; and $5,000 per Defendant
   d. All other relief the court deems appropriate.

**TRAIL BY JURY**

The Plaintiff requests trial by jury.

Respectfully submitted:

**BY PLAINTIFF:**

Anna L. Pitre, Pro Se
5801 Lumberdale Road #104
Houston, Texas 77092-1517

_(X)_ _Anna L. Pitre, Pro Se_
Anna L. Pitre, Pro Se

4